

**State of New Jersey**
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, N.J. 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

December 9, 2024

*Via ECF*
Honorable Sharon A. King, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    Re: **William Clossey Jr. v. Stockton University**
       **Docket No. 1:24-cv-00007 (RMB/SAK)**

Dear Judge King:

  This office represents Stockton University in the above referenced matter. On October 10, 2024, Your Honor issued a sixty-day administrative termination order pending consummation of settlement. This order expires today, on December 9, 2024. The parties are actively engaged in finalizing a settlement agreement but need additional time to complete same. Accordingly, I must respectfully request a sixty-day extension of the administrative termination order. I have spoken to my adversary and she has consented to this request.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

        By: /s/ Colin Klika
        Colin Klika
        Deputy Attorney General

cc: All Counsel of Record (via ECF)


