UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM CLOSSEY JR., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> STOCKTON UNIVERSITY, : <br> : <br> Defendant. : | **Document Electronically Filed** <br><br> Hon. Renée Marie Bumb, U.S.D.J. <br><br> Civil Action <br><br> No. 1:24-cv-00007 (RMB/SAK) |

## STIPULATION OF DISMISSAL

The parties hereto do stipulation and agree that Plaintiff's complaint against Stockton University, and the claims asserted therein are dismissed with prejudice and without costs or attorneys' fees, other than those set forth in the Settlement Agreement previously executed by the parties.

| | |
|---|---|
| MATTHEW J. PLATKIN <br> ATTORNEY GENERAL OF <br> NEW JERSEY <br> *Attorneys for Defendant* | DEREK SMITH LAW GROUP, PLLC <br> *Attorneys for Plaintiff* |
| /s/ Colin Klika <br> Colin Klika | s/ *Catherine W. Lowry, Esq* <br> Catherine W. Lowry, Esq. |

Deputy Attorney General

Dated: 1/2/2025                                              Dated: 12-3-24